1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION
FEB 2 6 2009
CENTRAL D[...]

| | |
|---|---|
| UNITED STATES OF AMERICA,       ) | Case No.: SACR05-167 DOC |
| Plaintiff,       ) | ORDER OF DETENTION AFTER HEARING |
| vs.       ) | [Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |
| Flink, Kiem Romero       ) | |
| Defendant.       ) | |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the __Central District of California__, for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A.   ( ) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on _____

_____

_____

1
2
3          and/or

4  B.    ☒ The defendant has not met his/her burden of establishing by clear and
5          convincing evidence that he/she is not likely to pose a danger to the safety of any
6          other person or the community if released under 18 U.S.C. § 3142(b) or (c).  This
7          finding is based on his failure to comply w/release
8          conditions; his alleged commission of new
9          offenses while under supervision; his alleged continuing
10         ~~possession of~~ engagement in illegal activity
11         relating to possession of child pornography

12

13         IT THEREFORE IS ORDERED that the defendant be detained pending further
14 revocation proceedings.

15

16 DATED: __2/26/09__

17                                                   ROBERT N. BLOCK
                                                     UNITED STATES MAGISTRATE JUDGE

Page 2 of 2